## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Anthony Evangelista, declare as to the claims asserted under the federal securities laws, as follows:

1. I have reviewed this Complaint and authorized its filing;

2. I did not purchase the securities that are the subject of this Complaint at the direction of Plaintiffs' counsel or in order to participate in this litigation;

3. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary;

4. I purchased KCG Holdings, Inc. stock prior to the announced transaction and continue to hold such shares as set forth in the chart attached hereto;

5. During the three years prior to the date of this Certification, I have not participated, nor have I sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws.

6. I have not received, been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this class action, except for: (i) such damages or other relief as the Court may award to me as my pro rata share of any recovery or judgment; (ii) such reasonable fees, costs or other payments as the Court expressly approves to be paid to or on behalf of me; or (iii) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of this action.

I hereby certify, under penalty of perjury, that the foregoing is true and correct. Executed this __24__ day of May 2017.

Signed: *[signature]*

NAME: Anthony J Evangelista

**Exhibit A**

| **Stock Symbol** | **Company** | **Shares Held** |
|---|---|---|
| KCG | KCG Holdings, Inc. | 233 |